IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TONY PHILLIP,<br><br>      Plaintiff,<br><br>vs.<br><br>DOMINIUM MANAGEMENT SERVICES LLC, and GREAT OUTDOORS LAWN AND LANDSCAPE, INC.,<br><br>      Defendants. | **8:23CV23**<br><br>ORDER |

**IT IS ORDERED** that the motion to withdraw as counsel of record (Filing No. 55) is granted and Shay P. Talbitzer is deemed withdrawn as counsel of record for Defendant Dominium Management Services LLC in this case. The Clerk of Court shall terminate electronic notice to Shay P. Talbitzer in this case.

Dated this 18th day of September, 2024.

                     BY THE COURT:

                     s/Michael D. Nelson
                     United States Magistrate Judge