IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TONY PHILLIP,<br><br>          Plaintiff,<br><br>vs.<br><br>DOMINIUM MANAGEMENT SERVICES LLC, and GREAT OUTDOORS LAWN AND LANDSCAPE, INC.,<br><br>          Defendants. | **8:23CV23**<br><br>**ORDER OF DISMISSAL** |

This matter comes before the Court on the parties Stipulation for Dismissal (Filing No. 57). The Court, being advised in the premises, finds that such an Order is proper.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this case be dismissed with prejudice, with each party to pay their own costs.

Dated this 18th day of October, 2024.

BY THE COURT:

s/ Joseph F. Bataillon  
Senior United States District Judge
